UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL RENOWITZKY and PAULINE GALLEGOS,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB; NDEX WEST, LLC, GOLDEN WEST SAVINGS ASSOCIATION SERVICE, CO., A CALIFORNIA CORPORATION, ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD UPON PLAINTIFFS TITLE THERETO AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | CASE NO.: 3:16-CV-07076-MMC<br><br>**ORDER [PROPOSED] GRANTING WELLS FARGO'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION TO EXPUNGE LIS PENDENS** |

Having read and considered Wells Fargo's ex parte application for order shortening time for notice of hearing on Wells Fargo's motion to expunge lis pendens, any opposition papers, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The hearing date on Wells Fargo's motion to expunge the lis pendens, currently set for January 20, 2017 at 9:00 a.m. is ~~reset for hearing on~~ vacated.

2. Any opposition by Plaintiffs to the motion to expunge shall be filed with the Clerk of Court, 450 Golden Gate Avenue, San Francisco, no later than ~~Court and served on Wells Fargo's counsel by e-mail or facsimile transmission by said date and time.~~ noon, Tuesday, December 20, 2016, and served on ~~5:00 p.m. on~~ defendant by said date and time.

3. ~~Any reply shall be filed with the Court and served on Plaintiffs by e-mail or facsimile transmission by 5:00 p.m. on~~ Unless the parties are otherwise advised, the Court will deem the motion to expunge submitted as of noon, Tuesday, December 20, 2016.

Date: December 16, 2016

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE