UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL RENOWITZKY and PAULINE GALLEGOS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB; NDEX WEST, LLC, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION, ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON PLAINTIFFS TITLE THERETO AND DOES 1-100, INCLUSIVE<br><br>Defendants. | CASE NO.: 3:16-CV-07076-MMC<br><br>[*Assigned to Hon. Maxine M. Chesney*]<br><br>**ORDER [PROPOSED] GRANTING WELLS FARGO BANK, N.A.'S MOTION TO EXPUNGE LIS PENDENS** ; AWARDING ATTORNEYS' FEES TO WELLS FARGO BANK, N.A.<br><br>Date:     January 20, 2017<br>Time:    9:00 a.m.<br>Crtrm:   7 |

1  The motion of defendants Wells Fargo Bank, N.A., Successor By Merger To Wells
2  Fargo Bank Southwest, N.A. f/k/a Wachovia Mortgage FSB f/k/a World Savings Bank, FSB,
3  and Golden West Savings Association Service, Co. (collectively "Wells Fargo") for an order to
4  expunge the notice of pendency of action ("*lis pendens*"), which was filed by plaintiffs against
5  the real property at issue, came ~~on regularly for hearing on January 20, 2017 at 9:00 a.m. in~~
6  ~~Courtroom 7 of the above-entitled~~ before the Court, the Honorable Maxine M. Chesney presiding.
   No opposition has been filed. ^
7  After reviewing the moving papers, and good cause appearing:
8  **IT IS HEREBY ORDERED THAT:**
9  1. The Notice of Lis Pendens recorded by plaintiff Carl Renowitzky with the
10 Alameda County Recorder's Office on October 5, 2016 as Instrument Number: 2016258284
11 against the real property commonly described as 26473 Palomares Road, Castro Valley,
12 California 94552, is hereby EXPUNGED.
13 2. The real property affected is legally described as:
14 PORTION OF THE RANCHO SAN LORENZO AND BEING A
15 PORTION OF THE 218.94 ACRE TRACT DESCRIBED IN THE
16 DEED TO LEONA A. PHILLIPS AND EUGENE C. COLLINS,
17 RECORDED AUGUST 3, 1946, UNDER RECORDER'S SERIES
18 NO. TT/67661, RECORDS OF SAID COUNTY, DESCRIBED
19 AS FOLLOWS:
20 BEGINNING AT THE NORTHEAST CORNER OF THE
21 PARCEL OF LAND DESCRIBED IN THE DEED TO
22 RUDOLPH A. TOMICICH, ET UX, RECORDED OCTOBER 15,
23 1959 UNDER RECORDER'S SERIES NO. AO/ 121757,
24 OFFICIAL RECORDS OF SAID COUNTY; THENCE ALONG
25 A RANDOM LINE IN COUNTY ROAD NO. 2432, KNOWN AS
26 PALOMARES CANYON ROAD, NORTH 49 DEGREES 45
27 MINUTES 30 SECONDS WEST 155.04 FEET; THENCE
28 LEAVING SAID LINE 73 DEGREES 26 MINUTES 35

|   |   |
|---|---|
| 1 | SECONDS WEST 692.17 FEET; THENCE SOUTH 65 |
| 2 | DEGREES 08 MINUTES 11 SECONDS WEST 797.97 FEET TO |
| 3 | THE WESTERN LINE OF SAID 218.94 ACRE TRACT; |
| 4 | THENCE ALONG THE LAST MENTIONED LINE SOUTH 21 |
| 5 | DEGREES 13 MINUTES 1 1 SECONDS EAST 154.51 FEET, |
| 6 | MORE OR LESS, TO THE NORTHERN LINE OF THE 200.63 |
| 7 | ACRE TRACT OF LAND DESCRIBED IN THE DEED TO |
| 8 | MANUEL IGNACIO GARCIA RECORDED OCTOBER 2, 1882 |
| 9 | AT BOOK 243 OF DEEDS, PAGE 418, RECORDS OF SAID |
| 10 | COUNTY; THENCE ALONG THE LAST MENTIONED LINE |
| 11 | THE TWO FOLLOWING COURSES; NORTH 63 DEGREES 23 |
| 12 | MINUTES 25 SECONDS EAST 397.76 FEET AND NORTH 89 |
| 13 | DEGREES 53 MINUTES 25 SECONDS EAST 405.02 FEET TO |
| 14 | THE SOUTHEASTERN CORNER OF SAID TOMICICH |
| 15 | PARCEL OF LAND (AQ/121757); THENCE ALONG THE |
| 16 | WESTERN AND NORTHERN LINES OF THE LAST |
| 17 | MENTIONED PARCEL OF LAND THE FOUR FOLLOWING |
| 18 | COURSES: (1) NORTH 20 DEGREES 38 MINUTES 05 |
| 19 | SECONDS WEST, 1 15.96 FEET; (2) NORTH 69 DEGREES 21 |
| 20 | MINUTES 55 SECONDS EAST 434.42 FEET; (3) NORTH 68 |
| 21 | DEGREES 19 MINUTES 20 SECONDS EAST 96.76 FEET; (4) |
| 22 | NORTH 71 DEGREES 30 MINUTES 30 SECONDS EAST |
| 23 | 259.33 FEET TO THE POINT OF BEGINNING. |

24      3.   Plaintiffs are hereby prevented from recording any subsequent notice of pending

25 action (or lis pendens) as to the subject property without leave of court, pursuant to C.C.P.

26 §405.36.

27      4.   In connection with this case and the real property affected, any notice within the

28 definition of Code of Civil Procedure § 405.2 which has either been recorded in the past or may

1  be recorded in the future by plaintiffs Carl Renowitzky or Pauline Gallegos with regard to the

2  subject property is null, void, of no legal effect, and does not impart notice of any kind to any

3  subsequent purchaser or encumbrancer of said subject property unless and until a further order of

4  court so authorizing such new recording is itself recorded with the County Recorder of ~~Los~~

5  ~~Angeles County.~~ Alameda County.

6      5.   As the prevailing party on the motion, Wells Fargo Bank, N.A. is entitled to recover

7  its attorney fees and costs as Plaintiffs have not acted with substantial justification and

8  circumstances ~~do not exist~~ which would make such an order unjust have not been shown. Thus, under Code of Civil

9  Procedure § 405.38, the amount of ~~$2,337.50 (two-thousand three-hundred thirty-seven dollars~~ $1650 (one-thousand six-hundred fifty dollars)

10 ~~and fifty cents)~~ for attorney fees ~~and costs~~ related to this motion is hereby awarded in favor of

11 Wells Fargo Bank, N.A. and against plaintiffs Carl Renowitzky and Pauline Gallegos.

12     **IT IS SO ORDERED.**

13

14 Dated: December 20, 2016                    _[signature]_
                                               HON. MAXINE M. CHESNEY
15                                             UNITED STATES DISTRICT JUDGE